AO 240 (DELAWARE REV 7.00)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Raymond E. Blake
Plaintiff

V.

Douglas Neal
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 08-72

I, Raymond E. Blake, declare that I am the (check appropriate box)
☑ Petitioner/Plaintiff/Movant   ☐ Other in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☑ Yes ☐ No (If "No" go to Question 2)

    If "YES" state the place of your incarceration   SCI

    Are you employed at the institution?   ☐ Yes ☑ No

    Do you receive any payment from the institution?   ☐ Yes ☑ No

    *Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions. Ledger sheets are not required for cases filed pursuant to 28 USC §2254.*

2. Are you currently employed? ☐ Yes ☑ No

    a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.   N/A

    b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.   N/A

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment   ☐ Yes ☑ No
    b. Rent payments, interest or dividends   ☐ Yes ☑ No
    c. Pensions, annuities or life insurance payments   ☐ Yes ☑ No
    d. Disability or workers compensation payments   ☐ Yes ☑ No
    e. Gifts or inheritances   ☐ Yes ☑ No
    f. Any other sources   ☐ Yes ☑ No

    If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.   N/A

4. Do you have any cash or checking or savings accounts?    ☐ Yes ☑ No

   If "Yes" state the total amount $ __0__

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☐ Yes ☑ No

   If "Yes" describe the property and state its value.    N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   Q¹ G - Son    C₁ Brittingham - Grandmother
   J¹ ?¹ L-Daughter B    Blake - Brother

   I declare under penalty of perjury that the above information is true and correct.

   Date: 1-24-08    Signature of Applicant: Ray Blake

   # SEE ATTACHED
   # SIX MONTH STATEMENT

To whom it may concern,

My name is Raymond E. Blake SBI#377092 and I am writting in request to use my last (6) six month inmate account transcript towards this law suit since I'm still incarcerated and I never went home.

1-30-08

Respectfully submitted,
R. Blake
Raymond E. Blake
SCI
P.O. Box 500
Georgetown, DE. 19947