(Rev. 4/97)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

– 0 8 – 7 2

Raymond E. Blake
(Enter above the full name of the plaintiff in this action)

V.

1) Douglas Neal
2) Jay J. King
3) William Baker
(Enter above the full name of the defendant(s) in this action)
4) Travis Lowe

2008 FEB -4   PM 3:16
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   YES [X]     NO [ ]

   B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit

   Plaintiffs ___N/A___

   Defendants ___N/A___

2. Court (if federal court, name the district; if state court, name the county) **U.S. District court (Delaware)**

3. Docket number **N/A**

4. Name of judge to whom case was assigned **JJF**

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) **Still pending**

6. Approximate date of filing lawsuit **N/A**

7. Approximate date of disposition **N/A**

II. A. Is there a prisoner grievance procedure in this institution? Yes [X] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [X] No [ ]

C. If your answer is YES,

1. What steps did you take? **I wrote letters and grievances about the excessive wrong doings**

2. What was the result? **Negative**

D. If your answer is NO, explain why not **N/A**

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [X] No [ ]

F. If your answer is YES,

1. What steps did you take? **N/A**

2. What was the result? **N/A**

-2-

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff _Raymond E. Blake_
   Address _SCI P.O. Box 500 Georgetown, DE 19947_

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant _Douglas Neal_ is employed as _Correctional officer SVOP_ at _SCCC 23207 Dupont Blvd. Georgetown, DE 19947_

C. Additional Defendants _Jay J. King - Corr. officer_
   _William Baker - inmate_
   _Travis Lowe - Lt. (All Defendant(s)) reside at SCCC 23207 Dupont Blvd. Georgetown, DE. 19947_

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

(1 of 2)

On 12-25-07 A fight between two(2) resident(s) of the SVOP facility broke out! (Res. William D. Baker and David Thomas) were fighting eachother. I plaintiff Raymond E. Blake broke the fight up. Resident William D. Baker ran and told the gaurds that myself and David Thomas both jumped him and caused physical injuries to him. Above-said Defendant never investigated what happened at this level 4 facility. And they in return placed me under Arrest and

-3-

(2 of 2)

Continuation of statement of claim...

me to a level 5 facility. I was suppose to max my 90 day level 4 with no probation to follow sentence out on Jan. 15th, 2008 but due to the new charges that were falsely put on m[e] I had to undergo intensive lockdowns and excessive court procedure before I obtained some sort of relief. The charges were placed on me (2) two days after the incident occurred which was Dec. 27th, 2007. And the reason that I believe I was charged is due to my pendin[g] lawsuit against the facility of SVOP case # 07-230 (JJF). And the reason I feel like this is because when I was handcuffed and being escorted out of the building, the warden Robert George told me, "I said I would g[et] you Mr. Blake didn't I". With a big smil[e] on his face. I am now bringing suit agains[t] Jay J. King, William Baker, Travis Lowe, Defend-ant(s) for voluntarily conspiring with above-said Defendant(s) in case # 07-230 JJF. And for knowingly and intentionally being in a culpable state of mind to violate with reckless disregard plaintiff Raymond E. Blake's civil and constitutional rights, because their action(s) caused serious ramifications or th[e] moving force in which subjectively caused excessive mount(s) of injury and or ongoing injurie(s) to plaintiff.

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I want these Defendant(s) held accountable for their wrong doings and I would like to be compensated for compensatory and punitive Damages in the amount of 1 million Dollars ($1,000,000.00) per Defendant

Signed this 24th day of JAN., 2008.

_____Ray Blake_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

1, 24, 08           _____Ray Blake_____
   Date                (Signature of Plaintiff)

-4-



FM: Raymond E. Blake BLDG. Pretrial #3
SUSSEX CORRECTIONAL INSTITUTION SBI #377092
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE Delaware
19801

U.S.M.S.
X-RAY