CA 08-72 JJF

## REQUEST FORM
## FOR
## INMATE ACCOUNT ACTIVITY STATEMENT

Inmate Name: __Blake____ __Raymond__ __E.__    SBI Number: __377092__
             (Last)     (First)   (M.I.)

Housing Unit: __#3____ __Rm #329__

•••••••••••••••••••••••••••••••••••••••••••••••••••••••

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please provide a summary of my account transactions.

_Ray Blake_          _Judith Ann Lederman_
Inmate Signature                 Notary

Inmate Account Activity Statement will be processed only after staff verifies your legal documents are complete.   RECEIVED
                  SCI Business Office

Date received by business office: MAR 0 6 2008

JUDITH ANN LEDERMAN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires August 28, 2009



FILED
MAR 18 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## INMATE ACCOUNT STATEMENT

TO:   Inmate Name: __Blake__        __Raymond__   __E__
                   (Last)              (First)    (M.I.)
      SBI Number: __377092__
      Housing Unit: __#3    Rm #329__

FR:   Inmate Account Technician

DA:

RE:   Summary Of Account
..........................................................

Attached is your account statement for the six month period of __12/08__, __2007__ through __2/29__, __2008__.

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this period is $ __114.31__.

Attachment

_Phyllis Redden_
Notary   PHYLLIS REDDEN
         Notary Public, State of Delaware
         My Commission Expires Oct. 31, 2009

Printed: 3/12/2008

## Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 12/28/2007 through 2/29/2008*

Page 1 of 2

SBI: 00377092   NAME:   BLAKE, RAYMOND E

| Date | Balance |
|---|---|
| 12/28/2007 | $0.00 |
| 12/29/2007 | $0.00 |
| 12/30/2007 | $0.00 |
| 12/31/2007 | $0.00 |
| 01/01/2008 | $0.00 |
| 01/02/2008 | $0.00 |
| 01/03/2008 | $0.00 |
| 01/04/2008 | $0.00 |
| 01/05/2008 | $0.00 |
| 01/06/2008 | $0.00 |
| 01/07/2008 | $0.00 |
| 01/08/2008 | $0.00 |
| 01/09/2008 | $0.00 |
| 01/10/2008 | $0.00 |
| 01/11/2008 | $0.00 |
| 01/12/2008 | $0.00 |
| 01/13/2008 | $0.00 |
| 01/14/2008 | $0.00 |
| 01/15/2008 | $0.00 |
| 01/16/2008 | $0.00 |
| 01/17/2008 | $0.00 |
| 01/18/2008 | $0.00 |
| 01/19/2008 | $0.00 |
| 01/20/2008 | $0.00 |
| 01/21/2008 | $0.00 |
| 01/22/2008 | $0.00 |
| 01/23/2008 | $0.00 |
| 01/24/2008 | $0.00 |
| 01/25/2008 | $0.00 |
| 01/26/2008 | $0.00 |
| 01/27/2008 | $0.00 |
| 01/28/2008 | $0.00 |
| 01/29/2008 | $0.00 |
| 01/30/2008 | $0.00 |
| 01/31/2008 | $0.00 |
| 02/01/2008 | $0.00 |
| 02/02/2008 | $0.00 |
| 02/03/2008 | $0.00 |
| 02/04/2008 | $0.00 |
| 02/05/2008 | $0.00 |
| 02/06/2008 | $0.00 |
| 02/07/2008 | $0.00 |
| 02/08/2008 | $0.00 |
| 02/09/2008 | $0.00 |
| 02/10/2008 | $0.00 |
| 02/11/2008 | $490.00 |
| 02/12/2008 | $490.00 |
| 02/13/2008 | $490.00 |

Printed: 3/12/2008                                                                                           Page 2 of 2

## Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 12/28/2007 through 2/29/2008*

SBI: 00377092         NAME:   BLAKE, RAYMOND E

| Date       | Balance  |
|------------|----------|
| 02/14/2008 | $490.00  |
| 02/15/2008 | $490.00  |
| 02/16/2008 | $490.00  |
| 02/17/2008 | $490.00  |
| 02/18/2008 | $490.00  |
| 02/19/2008 | $490.00  |
| 02/20/2008 | $424.96  |
| 02/21/2008 | $424.96  |
| 02/22/2008 | $124.96  |
| 02/23/2008 | $124.96  |
| 02/24/2008 | $124.96  |
| 02/25/2008 | $424.96  |
| 02/26/2008 | $424.96  |
| 02/27/2008 | $276.99  |
| 02/28/2008 | $276.99  |
| 02/29/2008 | $276.99  |

Summary for 'SBI' = 00377092 (64 detail records)                **Average Daily Balance:   $114.31**

# Prior Month -- Individual Statement

Date Printed: 3/12/2008

Page 1 of 1

## For Month of December 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00377092 | BLAKE | RAYMOND | E | | | |
| Current Location: | PRE-TRIAL UNIT 3 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Committed | | 12/28/2007 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

## Prior Month -- Individual Statement

Date Printed: 3/12/2008   Page 1 of 1

## For Month of January 2008

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00377092 | BLAKE | RAYMOND | E | | | |
| Current Location: | PRE-TRIAL UNIT 3 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Medical | | 1/2/2008 | $0.00 | ($6.00) | $0.00 | $0.00 | $0.00 |
| Postage-Com | | 1/2/2008 | $0.00 | $0.00 | ($2.15) | $0.00 | $0.00 |
| Copies | | 1/3/2008 | $0.00 | $0.00 | ($1.50) | $0.00 | $0.00 |
| Postage | | 1/3/2008 | $0.00 | $0.00 | ($0.44) | $0.00 | $0.00 |
| Postage | | 1/3/2008 | $0.00 | $0.00 | ($0.44) | $0.00 | $0.00 |
| Postage | | 1/3/2008 | $0.00 | $0.00 | ($0.44) | $0.00 | $0.00 |
| Copies | | 1/17/2008 | $0.00 | $0.00 | ($71.50) | $0.00 | $0.00 |
| Postage | | 1/17/2008 | $0.00 | $0.00 | ($2.58) | $0.00 | $0.00 |
| Postage | | 1/17/2008 | $0.00 | $0.00 | ($7.08) | $0.00 | $0.00 |
| Postage | | 1/17/2008 | $0.00 | $0.00 | ($7.08) | $0.00 | $0.00 |
| Medical | | 1/30/2008 | $0.00 | ($4.00) | $0.00 | $0.00 | $0.00 |
| Copies | | 1/31/2008 | $0.00 | $0.00 | ($6.25) | $0.00 | $0.00 |
| Postage | | 1/31/2008 | $0.00 | $0.00 | ($0.44) | $0.00 | $0.00 |
| Postage | | 1/31/2008 | $0.00 | $0.00 | ($0.44) | $0.00 | $0.00 |
| Postage | | 1/31/2008 | $0.00 | $0.00 | ($0.44) | $0.00 | $0.00 |
| Postage | | 1/31/2008 | $0.00 | $0.00 | ($0.44) | $0.00 | $0.00 |
| Postage | | 1/31/2008 | $0.00 | $0.00 | ($1.56) | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

# Prior Month -- Individual Statement

Date Printed: 3/12/2008  Page 1 of 2

## For Month of February 2008

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00377092 | BLAKE | RAYMOND | E | | | |
| Current Location: | PRE-TRIAL UNIT 3 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Postage-Com | | 2/6/2008 | $0.00 | $0.00 | ($2.15) | $0.00 | $0.00 |
| Copies | | 2/7/2008 | $0.00 | $0.00 | ($7.50) | $0.00 | $0.00 |
| Postage | | 2/7/2008 | $0.00 | $0.00 | ($0.44) | $0.00 | $0.00 |
| Postage | | 2/7/2008 | $0.00 | $0.00 | ($0.44) | $0.00 | $0.00 |
| Postage | | 2/7/2008 | $0.00 | $0.00 | ($0.44) | $0.00 | $0.00 |
| Postage | | 2/7/2008 | $0.00 | $0.00 | ($0.44) | $0.00 | $0.00 |
| Postage | | 2/7/2008 | $0.00 | $0.00 | ($0.44) | $0.00 | $0.00 |
| Postage | | 2/7/2008 | $0.00 | $0.00 | ($0.44) | $0.00 | $0.00 |
| Medical | | 2/11/2008 | ($4.00) | $0.00 | $0.00 | $0.00 | ($4.00) |
| Medical | | 2/11/2008 | ($6.00) | $0.00 | $0.00 | $0.00 | ($10.00) |
| Mail CK | DIAMOND STATE FED | 2/11/2008 | $500.00 | $0.00 | $0.00 | $0.00 | $490.00 |
| Commissary | | 2/20/2008 | ($65.04) | $0.00 | $0.00 | $0.00 | $424.96 |
| Pay-To | DANIELLE BOWE | 2/22/2008 | ($100.00) | $0.00 | $0.00 | $0.00 | $324.96 |
| Pay-To | WHITNEY C BLAKE | 2/22/2008 | ($200.00) | $0.00 | $0.00 | $0.00 | $124.96 |
| Mail MO | DIAMOND STATE FED | 2/25/2008 | $300.00 | $0.00 | $0.00 | $0.00 | $424.96 |
| Copies | | 2/26/2008 | $0.00 | $0.00 | ($7.50) | $0.00 | $424.96 |
| Postage | | 2/26/2008 | $0.00 | $0.00 | ($0.61) | $0.00 | $424.96 |
| Postage | | 2/26/2008 | $0.00 | $0.00 | ($0.61) | $0.00 | $424.96 |
| Postage | | 2/26/2008 | $0.00 | $0.00 | ($0.61) | $0.00 | $424.96 |
| Postage | | 2/26/2008 | $0.00 | $0.00 | ($0.61) | $0.00 | $424.96 |
| Postage | | 2/26/2008 | $0.00 | $0.00 | ($0.61) | $0.00 | $424.96 |
| Postage | | 2/26/2008 | $0.00 | $0.00 | ($0.61) | $0.00 | $424.96 |
| Commissary | | 2/27/2008 | ($21.74) | $0.00 | $0.00 | $0.00 | $403.22 |
| Copies | | 2/27/2008 | ($6.25) | $0.00 | $0.00 | $0.00 | $396.97 |
| Postage | | 2/27/2008 | ($0.44) | $0.00 | $0.00 | $0.00 | $396.53 |
| Postage | | 2/27/2008 | ($0.44) | $0.00 | $0.00 | $0.00 | $396.09 |
| Postage | | 2/27/2008 | ($0.44) | $0.00 | $0.00 | $0.00 | $395.65 |
| Postage | | 2/27/2008 | ($0.44) | $0.00 | $0.00 | $0.00 | $395.21 |
| Postage | | 2/27/2008 | ($1.56) | $0.00 | $0.00 | $0.00 | $393.65 |
| Postage-Com | | 2/27/2008 | ($2.15) | $0.00 | $0.00 | $0.00 | $391.50 |
| Copies | | 2/27/2008 | ($1.50) | $0.00 | $0.00 | $0.00 | $390.00 |
| Postage | | 2/27/2008 | ($0.44) | $0.00 | $0.00 | $0.00 | $389.56 |
| Postage | | 2/27/2008 | ($0.44) | $0.00 | $0.00 | $0.00 | $389.12 |
| Postage | | 2/27/2008 | ($0.44) | $0.00 | $0.00 | $0.00 | $388.68 |
| Copies | | 2/27/2008 | ($71.50) | $0.00 | $0.00 | $0.00 | $317.18 |
| Postage | | 2/27/2008 | ($2.58) | $0.00 | $0.00 | $0.00 | $314.60 |
| Postage | | 2/27/2008 | ($7.08) | $0.00 | $0.00 | $0.00 | $307.52 |
| Postage | | 2/27/2008 | ($7.08) | $0.00 | $0.00 | $0.00 | $300.44 |
| Postage-Com | | 2/27/2008 | ($2.15) | $0.00 | $0.00 | $0.00 | $298.29 |
| Copies | | 2/27/2008 | ($7.50) | $0.00 | $0.00 | $0.00 | $290.79 |
| Postage | | 2/27/2008 | ($0.44) | $0.00 | $0.00 | $0.00 | $290.35 |
| Postage | | 2/27/2008 | ($0.44) | $0.00 | $0.00 | $0.00 | $289.91 |

## Prior Month -- Individual Statement

Date Printed: 3/12/2008

Page 2 of 2

## For Month of February 2008

| | | | | | | |
|---|---|---|---|---|---|---|
| Postage | 2/27/2008 | ($0.44) | $0.00 | $0.00 | $0.00 | $289.47 |
| Postage | 2/27/2008 | ($0.44) | $0.00 | $0.00 | $0.00 | $289.03 |
| Postage | 2/27/2008 | ($0.44) | $0.00 | $0.00 | $0.00 | $288.59 |
| Postage | 2/27/2008 | ($0.44) | $0.00 | $0.00 | $0.00 | $288.15 |
| Copies | 2/27/2008 | ($7.50) | $0.00 | $0.00 | $0.00 | $280.65 |
| Postage | 2/27/2008 | ($0.61) | $0.00 | $0.00 | $0.00 | $280.04 |
| Postage | 2/27/2008 | ($0.61) | $0.00 | $0.00 | $0.00 | $279.43 |
| Postage | 2/27/2008 | ($0.61) | $0.00 | $0.00 | $0.00 | $278.82 |
| Postage | 2/27/2008 | ($0.61) | $0.00 | $0.00 | $0.00 | $278.21 |
| Postage | 2/27/2008 | ($0.61) | $0.00 | $0.00 | $0.00 | $277.60 |
| Postage | 2/27/2008 | ($0.61) | $0.00 | $0.00 | $0.00 | $276.99 |
| | | | | **Ending Mth Balance:** | | **$276.99** |

Raymond Blake
Pre Trial 3  SBI#377092
RWF#309
SCI
P.O. Box 500
Georgetown, DE. 19947

"Important"
LEGAL MAIL

Office of the clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE. 19801-3570