Case 1:08-cv-00072-JJF   Document 6   Filed 03/24/2008   Page 5 of 5

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2008 MAR 28 PM 4: 34
Scanned

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RAYMOND E. BLAKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-72-JJF |
| | ) | |
| DOUGLAS NEAL, JAY J. KING, | ) | |
| WILLIAM BAKER, TRAVIS LOWE, | ) | |
| | ) | |
| Defendants. | ) | |

**AUTHORIZATION**

I, Raymond E. Blake, SBI # 377092, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $53.33 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated March 27th, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: March 27th, 2008.

_Raymond E. Blake_
Signature of Plaintiff



CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2008 MAR 28 PM 4:04

FM: Raymond E Blake BLDG: Pretrial #3 Rm #
SUSSEX CORRECTIONAL INSTITUTION SBI #377092
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Office of the clerk
United States District court
844 N. King Street, Lockbox 18
Wilmington, DE. 19801-3570