To whom it may concern,                                4/16/08

My name is Raymond E. Blake civil Action #08-72-JJF and I am writting to inform you that the $53.33 Filing Fee for this case # is enclosed inside this envelope. So please enter the transaction into your computer and send me a notice of receival at your earliest convienience. Thankyou for your time & patience!

sincerely,
Raymond E. Blake



FILED
APR 18 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

rp scanned



WILMINGTON DE 197

17 APR 2008 PM 2 L

I/M: Raymond E. Bebe  BLDG: Pre trial #3  Rm #30-B
SUSSEX CORRECTIONAL INSTITUTION
SBI #377090
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

office of the clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE. 19801-3570



"LEGAL MAIL"