IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAYMOND BLAKE, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 08-072-JJF |
| DOUGLAS NEAL, JAY J. KING, WILLIAM BAKER, and TRAVIS LOWE, | : |
| Defendants. | : |

**ORDER**

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1).

2. Plaintiff is granted leave to **AMEND** the Complaint. The amended complaint shall be filed within **thirty days** from the date of this Order. If an amended complaint is not filed within the time allowed, then the case will be **CLOSED**.

May 16, 2008
DATE

[signature]
UNITED STATES DISTRICT JUDGE