

10

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RAYMOND BLAKE,                          :
                                        :
        Plaintiff,                      :
                                        :
    v.                                  : Civil Action No. 08-072-JJF
                                        :
DOUGLAS NEAL, JAY J. KING,              :
WILLIAM BAKER, and TRAVIS               :
LOWE,                                   :
                                        :
        Defendants.                     :

**ORDER**

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.  The Complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1).

2.  Plaintiff is granted leave to **AMEND** the Complaint. The amended complaint shall be filed within **thirty days** from the date of this Order. If an amended complaint is not filed within the time allowed, then the case will be **CLOSED**.

_May 16, 2008_                          _[signature]_
        DATE                            UNITED STATES DISTRICT JUDGE