IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAYMOND E. BLAKE, | : |
| Plaintiff, | : |
| v. | : Civ. Action No. 08-072-JJF |
| DOUGLAS NEAL, et al., | : |
| Defendants. | : |

**O R D E R**

THEREFORE, IT IS ORDERED that,

The case is **CLOSED** for failure to file an Amended Complaint, for the following reasons:

Plaintiff, Raymond E. Blake filed a Complaint on February 4, 2008. (D.I. 2.) On May 16, 2008, a Memorandum Order was entered dismissing the Complaint and giving Plaintiff leave to amend the Complaint within thirty days from the date of the Order or the case would be closed. (D.I. 10.) The thirty days have passed and an Amended Complaint has not been filed.

```
    7-1-08                                  [signature]
    DATE                            UNITED STATES DISTRICT JUDGE
```